

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00233-CV

| | | |
|---|---|---|
| RCS Enterprises, LP and James Martin Montgomery | § | From the 43rd District Court |
| | § | of Parker County (CV11-0796) |
| v. | § | December 19, 2013 |
| Darrell G. Hilton and Debbie L. Hilton | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Ann Dauphinot